UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22074-CIV-KING

MARK STAMMEL,

    Plaintiff,

v.

ACE AMERICAN INSURANCE
COMPANY, a foreign corporation; and
TOTAL DOLLAR MANAGEMENT
EFFORT, LTD., a foreign corporation,

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO STAY OR CONTINUE TRIAL

THIS CAUSE comes before the Court upon Defendant Total Dollar Management Effort, Ltd.'s June 23, 2009 Motion to Stay or Continue Trial (D.E. #23).

In the instant Motion, the Defendant asks this Court to continue the trial and stay the instant litigation pending Plaintiff's appeal of this Court's May 13, 2009 final summary judgment for Defendant ACE American Insurance Company (D.E. #18). The Defendant Total Dollar Management Effort, Ltd. informs the Court, however, that Plaintiff's counsel objects to continuing the trial (D.E. #23). Furthermore, the current trial date was set by this Court over eight (8) months ago.

Therefore, after a careful review of the record, and the Court being otherwise fully advised it is **ORDERED, ADJUDGED, and DECREED** that Defendant Total Dollar

Management Effort, Ltd.'s Motion to Stay or Continue Trial (D.E. #23) be, and the same is hereby, **DENIED**. The above-styled matter shall proceed in accordance with the Court's October 14, 2008 Scheduling Order (D.E. #6) setting trial to commence on the Court's trial calendar of August 3, 2009.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 24th day of June, 2009.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   <u>**Counsel for Plaintiff**</u>
**Michael T. Moore**
**Scott Andrew Wagner**
Moore & Company
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134

<u>**Counsel for Defendants**</u>
**John D. Kallen**
Badiak Will & Kallen
17071 W Dixie Highway
North Miami Beach, FL 33160

**Darlene M. Lidondici**
Fertig & Gramling
200 SE 13th Street
Fort Lauderdale, FL 33316